| | |
|---|---|
| LAURENCE W. PARADIS (Bar No. 122336) | ARLENE MAYERSON (Bar No. 79310) |
| KEVIN KNESTRICK (Bar No. 229620) | DISABILITY RIGHTS EDUCATION |
| CHRISTINE CHUANG (Bar No. 257214) | AND DEFENSE FUND, INC. |
| DISABILITY RIGHTS ADVOCATES | 3075 Adeline Street, Suite 210 |
| 2001 Center Street, Fourth Floor | Berkeley, California 94703 |
| Berkeley, California 94704 | Telephone: (510) 644-2555 |
| Telephone: (510) 665-8644 | Fax/TTY: (510) 841-8645 |
| Facsimile: (510) 665-8511 | amayerson@dredf.org |
| TTY: (510) 665-8716 | |
| Email: general@dralegal.org | |

BILL LANN LEE (Bar No. 108452)
CATHA WORTHMAN (Bar No. 230399)
LEWIS FEINBERG LEE RENAKER & JACKSON, P.C.
476 9th Street
Oakland, California 94607
Telephone: (510) 839-6824
blee@lewisfeinberg.com
cworthman@lewisfeinberg.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR INDEPENDENT LIVING, INC., JANET BROWN, and LISA KILGORE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. C 12-3885 CRB<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION REQUESTING APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT TO RULE 23(G)<br><br>Hearing: April 12, 2013<br>Time: 10:00 a.m.<br>Place: Courtroom 6, 17th Floor<br>Judge: Hon. Charles R. Breyer |

# [~~PROPOSED~~] ORDER

**WHEREAS**, the Court has ordered that the cases *Center For Independent Living, Inc. et al. v. Wal-Mart Stores, Inc.*, Case No. 3:12-CV-03885-CRB ("CIL") and *Partida v. Wal-Mart Stores, Inc.*, Case No. C 13-00305 KAW ("Partida") are related;

**WHEREAS,** Defendant Wal-Mart Stores, Inc. has filed an unopposed motion pursuant to Rule 42 of the Federal Rules of Civil Procedure seeking consolidation of the above-captioned matters;

**WHEREAS,** Plaintiffs' Counsel in *CIL* has filed a motion pursuant to Rule 23(g) requesting appointment as interim class counsel in the *CIL* and *Partida* cases;

**IT IS HEREBY ORDERED THAT** Plaintiffs' Motion Requesting Appointment of DRA, DREDF, and Lewis Feinberg as Interim Class Counsel Pursuant to Rule 23(g) is **GRANTED**.

**IT IS FURTHER ORDERED THAT** Plaintiffs' interim class counsel shall be generally responsible for coordinating the activities of Plaintiffs during pretrial proceedings, and shall have authority over the following matters on behalf of all plaintiffs and the putative class in the *CIL* and *Partida* actions, including:

1. Determining and presenting (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the putative class on all matters arising during pretrial proceedings;
2. Designating which attorneys may appear at hearings and conferences with the Court;
3. Designating which attorneys may appear at settlement negotiations on behalf of the putative class and conducting settlement negotiations with defendant;
4. Entering into stipulations, with opposing counsel, necessary for the conduct of the litigation;
5. Determining the scope, order, and conduct of all discovery proceedings;
6. Retaining plaintiffs' experts;
7. Maintaining adequate time and disbursement records covering services as interim class

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

counsel;

8. Ensuring that schedules are met and unnecessary expenditures of time and funds are avoided;

9. Assigning such work assignments to other counsel as they may deem appropriate;

10. Performing such other duties as may be incidental to proper coordination of plaintiffs' pretrial activities or authorized by further order of the Court, including the drafting and/or filing of all pleadings, orders, and correspondence necessary to conduct the litigation; and

11. Planning and coordinating, to the extent practicable, with all related actions filed for all discovery, law and motion practice and related matters, to ensure the efficient prosecution of the consolidated cases.

**IT IS SO ORDERED**

Dated: ____April 1____, 2013

_____
The Honorable Charles R. Breyer
United States District Court Judge
Northern District of California