| | |
|---|---|
| 1 | Robert A. Naeve (State Bar No. 106095) |
| | rnaeve@jonesday.com |
| 2 | Steven M. Zadravecz (State Bar No. 185676) |
| | szadravecz@jonesday.com |
| 3 | Mark E. Earnest (State Bar No. 253490) |
| | mearnest@jonesday.com |
| 4 | JONES DAY |
| | 3161 Michelson Drive |
| 5 | Suite 800 |
| | Irvine, CA  92612.4408 |
| 6 | Telephone:     (949) 851-3939 |
| | Facsimile:      (949) 553-7539 |
| 7 | |
| | Attorneys for Defendant |
| 8 | WAL-MART STORES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CENTER FOR INDEPENDENT LIVING, INC., JANET BROWN, and LISA KILGORE on behalf of themselves and all others similarly situated, | | **Case No. CV 12-3885 CRB** |
| | | **Related Case No. C 13-00305 YGR** |
| | Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING DEFENDANT WAL-MART STORES, INC.'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE CASES UNDER FED. R. CIV. P. 42** |
| | v. | |
| WAL-MART STORES, INC., | | Date:   April 12, 2013 |
| | Defendant. | Time:   10:00 A.M. |
| | | Place:  450 Golden Gate Ave., Dept. 6 |
| | |          San Francisco, CA 94102 |
| | | **HON.  CHARLES R. BREYER** |

Order
CV 12-3885 CRB

1  Having read and considered the papers filed and arguments made by the parties with
2  respect to Defendant Wal-Mart Stores, Inc.'s Motion to Consolidate Cases Under Federal Rule of
3  Civil Procedure 42, and good cause appearing, the Court ORDERS that the case *Center for*
4  *Independent Living, et al. v. Wal-Mart Stores, Inc.*, Case No. CV 12-3885 CRB, and the case
5  *George Partida v. Wal-Mart Stores, Inc.*, Case No. C 13-00305 YGR, are consolidated for all
6  purposes.

Dated: April 3, 2013.   By: _____
   Hon. Charles R. Breyer
   United States District Court Judge

IRI-48061v1

# PROOF OF SERVICE

I, Janice Mullins, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On March 7, 2013, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING DEFENDANT WAL-MART STORES, INC.'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE CASES UNDER FED. R. CIV. P. 42**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Arlene Brynne Mayerson<br>Shira Tamar Wakschlag<br>Disability Rights Education &<br>Defense Fund, Inc.<br>3075 Adeline Street, Suite 210<br>Berkeley, CA 94703<br>Phone: (510) 644-2555<br>Fax: (510) 841-8645<br>Email: AMayerson@dredf.org<br>swakschlag@dredf.org<br><br>*Attorneys for Plaintiffs:*<br>Center for Independent Living, Inc.,<br>Janet Brown, Lisa Kilgore | Bill Lann Lee<br>Catha Alison Worthman<br>Lewis, Feinberg, Lee, Renaker &<br>Jackson, P.C.<br>476 9th Street<br>Oakland, CA 94607<br>Phone: 510-839-6824<br>Fax: 510-839-7839<br>Email: blee@lewisfeinberg.com<br>cworthman@lewisfeinberg.com<br><br>*Attorneys for Plaintiffs:*<br>Center for Independent Living, Inc.,<br>Janet Brown, Lisa Kilgore |

Christine Chuang
Kevin Martin Knestrick
Laurence Wayne Paradis
Disability Rights Advocates
2001 Center Street, 3rd Floor
Berkeley, CA 94704-1204
Phone: (510) 665-8644
Email: cchuang@dralegal.org
kknestrick@dralegal.org
larryp@dralegal.org

*Attorneys for Plaintiffs:*
Center for Independent Living, Inc.,
Janet Brown, Lisa Kilgore

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 7, 2013, at Irvine, California.

_____
Janice Mullins

IRI-48061v1