Robert A. Naeve (State Bar No. 106095)
rnaeve@jonesday.com
Steven M. Zadravecz (State Bar No. 185676)
szadravecz@jonesday.com
Mark E. Earnest (State Bar No. 253490)
mearnest@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:	(949) 851-3939
Facsimile:	(949) 553-7539

Attorneys for Defendant
WAL-MART STORES, INC.

(*additional counsel listed on next page*)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR INDEPENDENT LIVING, INC., JANET BROWN, and LISA KILGORE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | **Case No. C 12-3885 CRB**<br><br>**JOINT STATUS REPORT**<br><br>Judge:   Hon. Charles R. Breyer<br><br>Date:    January 20, 2017<br>Time:   8:30 a.m.<br>Dept.:   Courtroom 6, 17th Floor |

MARY-LEE K. SMITH (Bar No. 239086)
msmith@dralegal.org
REBECCA S. WILLIFORD (Bar No. 269977)
rwilliford@dralegal.org
MEREDITH J. WEAVER (Bar No. 299328)
mweaver@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, California 94704
Telephone:    (510) 665-8644
Facsimile:    (510) 665-8511

ARLENE MAYERSON (Bar No. 79310)
DISABILITY RIGHTS EDUCATION AND
DEFENSE FUND, INC.
3075 Adeline Street, Suite 210
Berkeley, California 94703
Telephone: (510) 644-2555
Fax/TTY: (510) 841-8645
amayerson@dredf.org

BILL LANN LEE (Bar No. 108452)
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER
2120 University Avenue
Berkeley, CA 94704
Telephone: 510-431-8484
blee@creeclaw.org

Attorneys for Plaintiffs

Plaintiffs Center For Independent Living, Inc., Janet Brown, and Lisa Kilgore (collectively referred to as "Plaintiffs") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart") submit the following Joint Status Report in advance of the Status Conference set for January 20, 2017 (*Docket No. 84*).[1]

By way of this Joint Status Report, the parties update the Court on their efforts since April 2016 to resolve this matter. In May 2016, after the parties exchanged initial settlement terms, they attended a full-day mediation with David Rotman—with whom the parties originally mediated in June 2013. Much was accomplished at the mediation, including the identification of additional information needed to negotiate various terms of the settlement agreement. Over the subsequent months, the parties shared draft agreements, and reached agreement regarding the substance and form of a draft press release, a draft job aid, and draft in-store signage. In October 2016, the parties returned to the Court requesting additional time, including specific deadlines, within which they would try to identify certain information and finalize certain terms, including the monetary terms.

In December 2016, the parties reported that they had finalized the terms of their agreement resolving this matter in its entirety and requested additional time to negotiate the timing of the settlement payment and sign the agreement. Largely due to the holidays, the parties' negotiations and the process of finalizing and signing the agreements has taken longer than expected. Plaintiffs have obtained all necessary signatures. With the Court's continued latitude and patience, the parties request an additional 30 days for Wal-Mart to obtain all necessary signatures, after which they will file their stipulation of voluntary dismissal.

Dated: January 13, 2017.

Jones Day

By: */s/ Steven M. Zadravecz*
    Steven M. Zadravecz

Counsel for Defendant
WAL-MART STORES, INC.

---

[1] For a complete history of this matter, including detailed responses to Items 1 through 21 of this Court's General Order Setting Case Management Conference, the Standing Order For All Judges Of The Northern District Of California dated November 1, 2014, and Civil Local Rule 16-9, please see the parties' Joint Case Management Statement dated October 7, 2016 (*Docket No. 77*).

1 | Dated: January 13, 2017.                Disability Rights Advocates

2 |                                         By: */s/ Rebecca Williford*
                                              Rebecca Williford
3 |                                           Interim Class Counsel

4

5 |                              **Filer's Attestation**

6 |     Pursuant to Civil Local Rule 5-1(i), I, Steven M. Zadravecz, attest that concurrence in the

7 | filing of this document has been obtained.

8

9 | Dated: January 13, 2017.                By: */s/ Steven M. Zadravecz*
                                              Steven M. Zadravecz