1  MARY-LEE K. SMITH (Bar No. 239086)
   msmith@dralegal.org
2  REBECCA S. WILLIFORD (Bar No. 269977)
   rwilliford@dralegal.org
3  MEREDITH J. WEAVER (Bar No. 299328)
   mweaver@dralegal.org
4  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Fourth Floor
5  Berkeley, California 94704
   Telephone:  (510) 665-8644
6  Facsimile:  (510) 665-8511

7  (*additional counsel listed on next page*)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR INDEPENDENT LIVING, INC., JANET BROWN, and LISA KILGORE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | **Case No. 3:12-CV-03885-CRB**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF CASE & RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Judge:  Hon. Charles R. Breyer<br><br>Action filed:  July 25, 2012 |

ARLENE MAYERSON (Bar No. 79310)
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
3075 Adeline Street, Suite 210
Berkeley, California 94703
Telephone:  (510) 644-2555
Fax/TTY:  (510) 841-8645
Email:  amayerson@dredf.org

BILL LANN LEE (Bar No. 108452)
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER
2120 University Avenue
Berkeley, California 94704
Telephone: (510) 431-8484
Email: blee@creeclaw.org

Attorneys for Plaintiffs and Interim Class Counsel


Robert A. Naeve (State Bar No. 106095)
rnaeve@jonesday.com
Steven M. Zadravecz (State Bar No. 185676)
szadravecz@jonesday.com
Mark E. Earnest (State Bar No. 253490)
mearnest@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612-4408
Telephone:      (949) 851-3939
Facsimile:       (949) 553-7539

Attorneys for Defendant

WAL-MART STORES, INC.

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs CENTER FOR INDEPENDENT LIVING, INC., JANET BROWN, and LISA KILGORE (collectively, "CIL Plaintiffs") and Defendant WAL-MART STORES, INC. ("Wal-Mart"), by and through undersigned counsel, hereby stipulate that, contingent on this court retaining jurisdiction as set forth below, CIL Plaintiffs' claims against Wal-Mart are voluntarily dismissed with prejudice, the class allegations are dismissed without prejudice, and the above-captioned case is dismissed as follows:

1. WHEREAS, pursuant to the non-class settlement agreement reached by and between CIL Plaintiffs and Wal-Mart (the "CIL Agreement")[1], attached as Exhibit A, all individual claims of CIL Plaintiffs against Wal-Mart shall be dismissed, with prejudice, upon the court entering an order retaining jurisdiction to enforce the terms of the CIL Agreement;

2. WHEREAS this Court appointed CIL Plaintiffs' counsel as interim class counsel following consolidation of the above-captioned action with *Partida v. Wal-Mart Stores, Inc.*, Case No. C 13-00305 KAW (Docket No. 27);

3. WHEREAS all individual claims of Plaintiff GEORGE PARTIDA alleged against Defendant WAL-MART STORES, INC. in consolidated Case No. C 13-00305 CRB were voluntarily dismissed, with prejudice, on September 13, 2016 (Docket No. 76);

4. WHEREAS no class has been certified in this action; and

5. WHEREAS "[a] suit brought as a class action must as a general rule be dismissed for mootness when the personal claims of all named plaintiffs are satisfied and no class has been properly certified." *Employers-Teamsters Local Nos. 175 & 505 Pension Trust Fund v. Anchor Capital Advisors*, 498 F.3d 920, 924 (9th Cir. 2007) (internal quotation and citation omitted).

The Parties respectfully request that this Court dismiss all class claims, without prejudice,

---

[1] The CIL Agreement is a non-confidential document with the exception of a confidential rider regarding the monetary portion of the settlement. The Parties can provide the confidential rider for the Court to review in camera should the Court determine this to be necessary.

and remove Interim Class Counsel's designation as such.

The Parties further request that the United States District Court for the Northern District of California, Judge Charles R. Breyer, retain jurisdiction over CIL Plaintiffs' individual claims for the term of the CIL Agreement to enforce the terms of the CIL Agreement. *Kokkonen v. Guardian Life Ins. Co. of Amer.*, 511 U.S. 375, 381-82 (1994) ("[T]he court is authorized to embody the settlement contract in its dismissal order (or, what has the same effect, retain jurisdiction over the settlement contract) if the parties agree."); see also *K.C. ex rel. Erica C. v. Torlakson*, 2012 WL 1380243, at *1 (N.D. Cal. Apr. 20, 2012). Should Judge Breyer become unavailable during the term of the CIL Agreement, the Parties shall request that another judge or magistrate judge be assigned authority over this matter. Each party shall bear their own fees and costs, except as otherwise provided for in the CIL Agreement.

**IT IS SO STIPULATED.**

Dated: January 19, 2017                     Disability Rights Advocates

                                            By: */s/ Rebecca S. Williford*
                                                Rebecca S. Williford

                                            Attorneys for Plaintiffs and Interim Class Counsel

Dated: January 19, 2017                     Jones Day

                                            By: */s/ Steven M. Zadravecz*
                                                Steven M. Zadravecz

                                            Counsel for Defendant
                                            WAL-MART STORES, INC.

**Filer's Attestation**

Pursuant to Civil Local Rule 5-1(i), I, Rebecca S. Williford, attest that concurrence in the filing of this document has been obtained.

Dated: January 19, 2017                     By: */s/ Rebecca S. Williford*
                                                Rebecca S. Williford

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644